John F. MacEnulty v. Carnegie Steel Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Jacob Goldman v. Stern Brothers.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs, and motion for stay granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

R. E. Wathen & Co., Inc., v. Exporters Warehouse Co., Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Mayer Hoffman v. Clergyman's Retiring Fund Society of the Protestant Episcopal Church in the United States and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Commissioner of Public Welfare of the City of New York, on Complaint of Beatrice Trimarchi v. Carmello D'Arrigo.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

James F. Meehan v. Michael Kaufman, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Harold Harper, as Trustee, etc., v. Harold N. Raymond and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Donald MacKenzie v. John Pearce Richardson and Another.— Motion granted, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Hickson, Inc., v. Hickson Mfg. Co., Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Peter Hayden, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Owen Cartright v. Lamport & Holt, Ltd.— Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Jacob Landsman, Respondent, v. Jac J. Cohen, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

F. S. Carr Company, Respondent, v. Southern Pacific Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Adela G. Springer and Others, Appellants, Respondents, v. The New York Curb Market Realty Associates, Inc., Respondent, Appellant, Impleaded with Another.— Order affirmed, without costs, with leave to defendant to amend as to first counterclaim and with leave to plaintiffs to reply to the second counterclaim. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.